■
**Henry D. PRICKETT and Erna P. Prickett, Appellants,**

v.

**DUKE POWER COMPANY, Appellee.**

No. 14644.

United States Court of Appeals, Fourth Circuit.

Sept. 17, 1970

Clifford F. Gaddy, Jr., Greenville, S. C., on the brief for appellants.

Carl Horn, Jr., Steve C. Griffith, Jr., Charlotte, S. C., and Andrew B. Marion, Greenville, S. C., on the brief, for appellees.

Before WINTER, CRAVEN and BUTZNER, Circuit Judges.

PER CURIAM:

Upon submission of Duke Power Company's motion for summary affirmance, we have carefully reviewed the briefs and appendix and the record. We find oral argument unnecessary, and affirm, on the opinion of the district judge. Prickett v. Duke Power Company, 49 F.R.D. 116 (D.S.C.1970).

Affirmed.

■
**UNITED STATES of America, Plaintiff-Appellee,**

v.

**Dennis Warren McQUEARY, Defendant-Appellant.**

No. 23101.

United States Court of Appeals, Ninth Circuit.

Sept. 4, 1970.

James R. Hagan (argued), Menlo Park, Cal., for appellant.

Irving Prager (argued), Asst. U. S. Atty., Wm. Matthew Byrne, Jr., U. S. Atty., Arnold G. Regardie, Asst. U. S. Atty., Robt. L. Brosio, Chief, Criminal Division, Los Angeles, Cal., for appellee.

Before BROWNING, DUNIWAY and CARTER, Circuit Judges.

PER CURIAM.

Appellant failed to complete his physical examination and was declared delinquent. Under Gutknecht v. United States, 396 U.S. 295, 90 S.Ct. 506, 24 L.Ed.2d 532 (1970), reversal is required. See United States v. Thomas, 422 F.2d 1327 (9th Cir. 1970).